## C. Vernon Thompson, Appellee, v. William P. Taylor, Appellant.

**Gen. No. 46,915.**

First District, First Division.
November 19, 1956.
Rehearing denied January 11, 1957.
Released for publication February 11, 1957.

Irving Goodman, Smietanka Garrigan, for appellant; William Scott Stewart, for appellee. Opinion by JUDGE BURKE. Not to be published in full.